UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ROBERTSON,

                           Plaintiff,

            v.

SULLIVAN COUNTY CORRECTIONAL
FACILITY, *et al.*,

                           Defendants.

24-CV-1365 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

On August 25, 2025, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), the Court ordered the Attorney General of the State of New York ("NYAG") to provide full names and proper service addresses for Defendants after the United States Marshals Service was unable to serve them at the addresses provided in the Complaint. (*See* Order of Service ("*Valentin* Order") (Dkt. No. 23).) The Court provided Plaintiff thirty days to amend the Complaint following receipt of that information, after which the Court would screen the amended complaint and, if necessary, order service of the Amended Complaint on Defendants. (*See Valentin* Order 2 ("Within thirty days of receiving this information, Plaintiff must file an amended complaint providing the Defendants' service addresses.").) The NYAG responded to the *Valentin* Order on October 23, 2025. (*See* Letter to Court from Jennifer L. Goltche (dated Oct. 23, 2025) (Dkt. No. 9).) Plaintiff filed an Amended Complaint three weeks *before* the NYAG's letter, and the Amended Complaint includes incorrect addresses that are different from those included in the NYAG's letter. (*See* Am. Compl. (Dkt. No. 25).) Plaintiff did not file an amended complaint within thirty days of the letter reflecting the information contained therein and has not done so since. (*See* Dkt.)

Nevertheless, because Plaintiff correctly identified the individual Defendants by last name in his Complaint, and the Court is obligated to construe pro se plaintiffs' submissions liberally, the Court will deem Plaintiff's Complaint amended to reflect the information in the NYAG's letter.

To allow Plaintiff to effect service through the U.S. Marshals, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants Jessica Sircable, Angelo Justiano, Eve Simmons, and William Keyser.[1] The Clerk of Court is further instructed to re-issue summonses as to these Defendants and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants Sircable, Justiano, Simmons, and Keyser.

Rule 4(m) of the Federal Rules of Civil Procedure generally requires service of the summons and complaint to be completed within 90 days of the date the summons issues, and it is Plaintiff's responsibility to request, if necessary, an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   April 15, 2026
      White Plains, New York

                              KENNETH M. KARAS
                        United States District Judge

---

[1] The NYAG represents that Defendant Ariel Escobar is deceased. (*See* Letter to Court from Jennifer L. Goltche 2 (dated Oct. 23, 2025).)

**DEFENDANTS AND SERVICE ADDRESSES**

Jessica Sircable
Otisville Correctional Facility
57 Sanitorium Road
Otisville, New York 10963-0008

Angelo Justiano
DOCCS Counsel's Office
1220 Washington Avenue, Building 4
Albany, New York 12226

Eve Simmons
DOCCS Counsel's Office
1220 Washington Avenue, Building 4
Albany, New York 12226

William Keyser
DOCCS Counsel's Office
1220 Washington Avenue, Building 4
Albany, New York 12226